| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |
| Case number (if known) _____ | Chapter you are filing under:<br>☐ Chapter 7<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Woodridge Villas, Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-0510200** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1591 Chartered Circle**<br>**Las Vegas, NV 89101-1557**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ | |

Debtor  **Woodridge Villas, Inc.**  Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
■ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| District | **District of Nevada** | **2/17/12** | **12-11795-BAM** |
| District | | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship to you |
|---|---|---|---|
| District | | When | Case number, if known |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Woodridge Villas, Inc.** Case number (*if known*)
Name

**11. Why is the case filed in *this district*?**  Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**  Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Woodridge Villas, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 27, 2016**
MM / DD / YYYY

X **/s/ Albert K. Lin**              **Albert K. Lin**
Signature of authorized representative of debtor         Printed name

Title   **Director, President, Secretary, Treasurer**

**18. Signature of attorney**

X **/s/ Matthew L. Johnson**              Date **January 27, 2016**
Signature of attorney for debtor                MM / DD / YYYY

**Matthew L. Johnson**
Printed name

**JOHNSON & GUBLER, P.C.**
Firm name

**LAKES BUSINESS PARK**
**8831 W SAHARA AVE**
**LAS VEGAS, NV 89117-5865**
Number, Street, City, State & ZIP Code

Contact phone **(702) 471-0065**   Email address **mjohnson@mjohnsonlaw.com**

**6004**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Woodridge Villas, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Albert Lin**<br>5993 Red Raspberry Court<br>Las Vegas, NV 89142 | | owner advances | | | | $0.00 |
| **Bank of America (Mastercard)**<br>Attn: Bankruptcy Department<br>475 Cross Point Parkway<br>PO Box 9000<br>Getzville, NY 14068-9000 | | Credit card purchases | | | | $5,000.00 |
| **Chem-Mow Limited Partnership**<br>8100 Mt. Harris Ct.<br>Las Vegas, NV 89128 | | Business vendor - landscaping services | | | | $9,000.00 |
| **CITY OF LAS VEGAS SEWER SERVICES**<br>PO BOX 748022<br>DEPARTMENT OF FINANCE<br>LOS ANGELES, CA 90074-8022 | | sewage (may have been paid by Fannie Mae - listed for full disclclosure) | | | | $63,746.28 |
| **Clark County Government Center**<br>Attn: Bankruptcy Unit<br>500 South Central Parkway<br>Las Vegas, NV 89155-1111 | | Property taxes | | | | Unknown |

Debtor **Woodridge Villas, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cox Communications**<br>PO Box 53262<br>Phoenix, AZ 85072-3262 | | business vendor - telephone/internet provider | | | | $0.00 |
| **Dreams Carpet Cleaning**<br>6661 Silverstream, #1009<br>Las Vegas, NV 89107 | | carpet cleaning | | | | $800.00 |
| **Great Service Company**<br>c/o Miriam Lemus<br>1591 Chartered Circle<br>Las Vegas, NV 89101 | | cleaning | | | | $1,000.00 |
| **HD Supply Facilities Maintenance**<br>PO Box 509055<br>San Diego, CA 92150-9055 | | business vendor - parts supplier | | | | $1,000.00 |
| **Las Vegas Review Journal**<br>PO Box 920<br>Las Vegas, NV 89125-0920 | | business vendor - advertising | | | | $0.00 |
| **LAS VEGAS VALLEY WATER DISTRICT**<br>PO BOX 2921<br>PHOENIX, AZ 85062-2921 | | water | | | | $0.00 |
| **Miscellaneous Tenant Deposits** | | Tenant Deposits (approxiomately $8,000) | | | | Unknown |
| **NV Energy**<br>1737 Hunkins Drive<br>North Las Vegas, NV 89030 | | business vendor - electrical utilities | | | | $0.00 |
| **Prestige Telecom**<br>3225 McLeoud Drive, Suite 100<br>Las Vegas, NV 89121 | | business vendor - answering service | | | | $150.00 |
| **Ridpro Pest Control**<br>P.O. Box 93672<br>Las Vegas, NV 89193 | | pest control | | | | $900.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Woodridge Villas, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sprint**<br>**P.O Box 4919**<br>**Carol Stream, IL**<br>**60197-4191** | | **long distance service** | | | | **$8.95** |

Woodridge Villas, Inc.
1591 Chartered Circle
Las Vegas, NV 89101-1557

Matthew L. Johnson
JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 W SAHARA AVE
LAS VEGAS, NV 89117-5865

ACRE Capital
Acct No 07-0195627
5800 Tennyson Pkwy
Plano, TX 75024

Albert Lin
5993 Red Raspberry Court
Las Vegas, NV 89142

Bank of America (Mastercard)
Acct No 5474-1516-5926-6255
Attn: Bankruptcy Department
475 Cross Point Parkway
PO Box 9000
Getzville, NY 14068-9000

Chem-Mow Landscape
8550 W. Desert Inn Road, #174
Las Vegas, NV 89117

Chem-Mow Limited Partnership
8100 Mt. Harris Ct.
Las Vegas, NV 89128

CITY OF LAS VEGAS SEWER SERVICES
Acct No xxxx xxxxxxxxx xxrcle
PO BOX 748022
DEPARTMENT OF FINANCE
LOS ANGELES, CA 90074-8022

Clark County Government Center
Acct No 139-25-101-007
Attn: Bankruptcy Unit
500 South Central Parkway
Las Vegas, NV 89155-1111

Cox Communications
PO Box 53262
Phoenix, AZ 85072-3262

Dreams Carpet Cleaning
6661 Silverstream, #1009
Las Vegas, NV 89107

```
Federal National Mortgage Association
Acct No A-12-654912-C
3900 Wisconsin Avenue
Washington, DC 20016

Great Service Company
c/o Miriam Lemus
1591 Chartered Circle
Las Vegas, NV 89101

HD Supply Facilities Maintenance
Acct No 6174037
PO Box 509055
San Diego, CA 92150-9055

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Attn: Bankruptcy Unit
Stop 5028
110 City Parkway
Las Vegas, NV 89106

Internal Revenue Service
Attn: Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326

Las Vegas Review Journal
PO Box 920
Las Vegas, NV 89125-0920

LAS VEGAS VALLEY WATER DISTRICT
Acct No Woodridge Villas
PO BOX 2921
PHOENIX, AZ 85062-2921

Mark E. Conrad, Esq.
Acct No A-12-654912-C
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Mark E. Konrad, Esq.
Re: Federal National Mortgage Assoc.
1 South Church Avenue, Ste 1500
Tucson, AZ 85701-1630

Miscellaneous Tenant Deposits
```

Nevada Department of Motor Vehicles
555 Wright Way
Carson City, NV 89711

NV Energy
1737 Hunkins Drive
North Las Vegas, NV 89030

Office of the U.S. Trustee
Dept. of Justice
300 Las Vegas Blvd., S, Suite 4300
Las Vegas, NV 89101

Prestige Telecom
3225 McLeoud Drive, Suite 100
Las Vegas, NV 89121

Ridpro Pest Control
P.O. Box 93672
Las Vegas, NV 89193

Sprint
Acct No 702-399-1481
P.O Box 4919
Carol Stream, IL 60197-4191

State of Nevada
Dept of Motor Vehicles & Public Safety
Motor Carrier Bureau
555 Wright Way
Carson City, NV 89711-0600

State of Nevada
Employment Security Division
PO Box 43147
Las Vegas, NV 89116-1147

State of Nevada Dept. of Motor Vehicles
Bankruptcy Section
555 Wright Way
Carson City, NV 89711

various rental contracts with tenants

# United States Bankruptcy Court
### District of Nevada

In re  **Woodridge Villas, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Woodridge Villas, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**January 27, 2016**
Date

/s/ **Matthew L. Johnson**
**Matthew L. Johnson 6004**
Signature of Attorney or Litigant
Counsel for **Woodridge Villas, Inc.**
**JOHNSON & GUBLER, P.C.**
**LAKES BUSINESS PARK**
**8831 W SAHARA AVE**
**LAS VEGAS, NV 89117-5865**
**(702) 471-0065 Fax:(702) 471-0075**
**mjohnson@mjohnsonlaw.com**